# Third District Court of Appeal
## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-804
Lower Tribunal No. 19-20796

————————

**Trisha L. Williams,**
Appellant,

vs.

**Don James,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Franz C. Jobson, P.A., and Franz C. Jobson (Ft. Lauderdale), for appellant.

Harvey D. Rogers, P.A., and Harvey D. Rogers, for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.